# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 1:09-cr-422-01-WSD |
| TEQUILIA HAMILTON, | |
| Defendant. | |

## OPINION AND ORDER

On August 28, 2013, Tequilia Hamilton was placed on location monitoring for a period not to exceed 730 days in lieu of serving the first two years of supervised release in community confinement.

Tequilia Hamilton requests termination of location monitoring citing her compliance with the conditions of supervised release and stable employment. United States Probation Officer John Moran reports Tequilia Hamilton has adjusted well to supervision and location monitoring. She maintains a stable residence and full-time employment and is in compliance with the conditions of supervised release. The Government does not object to the early termination of location monitoring.

Accordingly, the Court hereby terminates location monitoring as a condition

of supervised release.

**SO ORDERED** this 28th day of January, 2014.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE